151 A.3d 90

IN THE MATTER OF THE ESTATE OF EVELYN
BERRY (DARRYL FUSCO-PETITIONER)

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001531-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

151 A.3d 90

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
COREY L. STEWART, DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004324-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.